# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hornak, Mark R. | U.S. Dist. Ct., W.D. Pa. | 05/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge, Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | The Pittsburgh Foundation |
| 2. | Executor | Estate #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Agreement regarding retirement and withdrawal from the practice of law at the Buchanan Ingersoll & Rooney PC law firm |
| 2. | 1989 | Buchanan Ingersoll & Rooney PC Retirement (Pension and Profit Sharing) Plans |
| 3. | 2006 | Buchanan Ingersoll & Rooney PC Cash Balance Retirement Plan |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason Univ. School of Law | February 8 to 10, 2013 | Fairfax, VA | Judge trial moot court proceedings | Lodging |
| 2. | New York (NY) Intellectual Property Law Association | March 22 to 24, 2013 | New York, NY | Attend Annual Dinner | Transportation, meals, and lodging |
| 3. | Allegheny County (PA) Bar Association | June 21 to 22, 2013 | Champion, PA | Attend and participate in Annual Bench-Bar Conference and CLE program | Meals and lodging |
| 4. | Academy of Trial Lawyers of Allegheny County (PA) | October 4 to 5, 2013 | Farmington, PA | Attend and participate in Annual Academy Retreat and CLE program | Meals and lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Hornak, Mark R.** | 05/13/2014 |

| 5. | University of Toledo School of Law | October 23 to 24, 2013 | Toledo, OH | Judge appellate moot court proceedings | Meals |
|---|---|---|---|---|---|
| 6. | American Bar Association (ABA) and Center for American & International Law | November 6 to 7, 2013 | Houston, TX | Attend and participate in CLE program | Transportation, meals and lodging |
| 7. | Practising Law Institute | November 14 to 15, 2013 | New York, NY | Attend and participate in CLE program | Transportation, meals and lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Revolving credit account | J |
| 2. | Citibank | Revolving credit account | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank Checking Account #1 | A | Interest | J | T | | | | | |
| 2. PNC Bank Checking Account #2 | | None | J | T | | | | | |
| 3. PNC Bank Checking Account #3 | A | Interest | J | T | | | | | |
| 4. PNC Bank Checking Account #4 | A | Interest | J | T | | | | | |
| 5. PNC Bank Statement Savings Account #1 | A | Interest | J | T | | | | | |
| 6. American Century Select Investors Fund | A | Int./Div. | J | T | Sold (part) | 11/01/13 | J | B | |
| 7. Pittsburgh Firefighters Federal Credit Union Cash Account | A | Interest | J | T | | | | | |
| 8. HJ Heinz Common Stock | A | Dividend | | | Redeemed | 06/14/13 | J | A | |
| 9. General Electric Common Stock | A | Dividend | J | T | | | | | |
| 10. US Series EE Savings Bonds | B | Interest | K | T | Redeemed (part) | 07/15/13 | J | | |
| 11. | | | | | Redeemed (part) | 08/05/13 | J | | |
| 12. US Series I Savings Bonds | C | Interest | L | T | Redeemed (part) | 07/15/13 | J | | |
| 13. | | | | | Redeemed (part) | 08/05/13 | K | | |
| 14. | | | | | Redeemed (part) | 12/17/13 | K | | |
| 15. Buchanan Ingersoll & Rooney PC Pension Plan | D | Distribution | | | Distributed | 09/09/13 | O | | |
| 16. Buchanan Ingersoll & Rooney PC Profit Sharing Plan | D | Distribution | N | T | Distributed (part) | 09/09/13 | N | | |
| 17. Buchanan Ingersoll & Rooney PC Cash Balance Pension Plan | C | Interest | | | Distributed | 12/19/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Estate #1 | D | Distribution | | | | | | | |
| 19. American Century Prime Money Market Fund | A | Int./Div. | J | T | | | | | |
| 20. PNC Bank Money Market Account #1 | B | Interest | J | T | | | | | |
| 21. Pacific Life Univ. Life Insurance Policy-no cash value(Y) | A | Int./Div. | | | Expired | 07/01/13 | | | |
| 22. TIAA-CREF Universal Life Insurance Policy (X) | A | Dividend | J | T | Buy | 04/17/13 | J | | |
| 23. Rollover IRA #1 (X) | E | Int./Div. | P1 | T | Open | 09/09/13 | P1 | | |
| 24. -New Mexico Fin Authority Revolving FD Taxable Bonds, Series B-2 | | | | | Buy | 09/18/13 | K | | |
| 25. -Little Miami (OH) Jt. Fire/Rescue Dist. Taxable Bonds | | | | | Buy | 09/24/13 | K | | |
| 26. -Hildago County (TX) CTFS Bonds, Series B | | | | | Buy | 09/25/13 | K | | |
| 27. -American Mutual Fund, Class F-2 | | | | | Buy | 09/30/13 | K | | |
| 28. | | | | | Buy (add'l) | 11/21/13 | K | | |
| 29. -FPA Crescent Portfolio fund | | | | | Buy | 09/30/13 | K | | |
| 30. | | | | | Buy (add'l) | 10/18/13 | K | | |
| 31. | | | | | Buy (add'l) | 11/21/13 | K | | |
| 32. -Intl. Growth and Income Fund, Class F-2 | | | | | Buy | 09/30/13 | K | | |
| 33. | | | | | Buy (add'l) | 10/18/13 | K | | |
| 34. | | | | | Buy (add'l) | 11/21/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -John Hancock Regional Bank Class A Fund | | | | | Buy | 09/30/13 | K | | |
| 36. | | | | | Buy (add'l) | 10/18/13 | K | | |
| 37. | | | | | Buy (add'l) | 11/21/13 | K | | |
| 38. -Longleaf Partners Fund | | | | | Buy | 09/30/13 | K | | |
| 39. | | | | | Buy (add'l) | 10/18/13 | K | | |
| 40. | | | | | Buy (add'l) | 11/21/13 | K | | |
| 41. -Loomis Sayles Bond Fund Retail Class | | | | | Buy | 09/30/13 | K | | |
| 42. | | | | | Buy (add'l) | 10/18/13 | K | | |
| 43. -New World Fund Class F-2 | | | | | Buy | 09/30/13 | K | | |
| 44. | | | | | Buy (add'l) | 10/18/13 | K | | |
| 45. | | | | | Buy (add'l) | 11/21/13 | K | | |
| 46. -PIMCO All Asset All Authority Fund | | | | | Buy | 09/30/13 | K | | |
| 47. | | | | | Buy (add'l) | 10/18/13 | K | | |
| 48. | | | | | Buy (add'l) | 11/21/13 | K | | |
| 49. -PIMCO Total Return Fund, Institutional Class | | | | | Buy | 09/30/13 | L | | |
| 50. | | | | | Sold (part) | 11/13/13 | K | A | |
| 51. | | | | | Sold (part) | 11/15/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/03/13 | K | A | |
| 53. | | | | | Sold (part) | 12/03/13 | J | A | |
| 54. | | | | | Sold (part) | 12/03/13 | J | A | |
| 55. -Primecap Odyssey Stock Fund | | | | | Buy | 09/30/13 | K | | |
| 56. | | | | | Buy (add'l) | 10/18/13 | K | | |
| 57. | | | | | Buy (add'l) | 11/21/13 | K | | |
| 58. -T Rowe Price Institutional Floating Rate Fund | | | | | Buy | 09/30/13 | K | | |
| 59. -T Rowe Price New Asia Fund | | | | | Buy | 09/30/13 | J | | |
| 60. -Tweedy Browne Global Value Fund | | | | | Buy | 09/30/13 | K | | |
| 61. | | | | | Buy (add'l) | 10/18/13 | K | | |
| 62. | | | | | Buy (add'l) | 11/21/13 | K | | |
| 63. -Vanguard Value Index Trust Fund | | | | | Buy | 10/01/13 | K | | |
| 64. | | | | | Buy (add'l) | 10/18/13 | K | | |
| 65. | | | | | Buy (add'l) | 11/21/13 | K | | |
| 66. -Massachussetts State Housing Fin. Agency Bonds, Taxable Series C | | | | | Buy | 10/15/13 | K | | |
| 67. -American Mutual Fund Class F-2 | | | | | Buy | 10/18/13 | K | | |
| 68. -T Rowe Price European Stock Fund | | | | | Buy | 10/18/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 11/21/13 | K | | |
| 70. -T Rowe Price Institutional Floating Rate Fund | | | | | Buy | 10/18/13 | K | | |
| 71. | | | | | Buy (add'l) | 11/21/13 | K | | |
| 72. -T Rowe Price New Asia Fund | | | | | Buy | 10/18/13 | J | | |
| 73. | | | | | Buy (add'l) | 11/21/13 | J | | |
| 74. -Will County (IL) Sch. Dist. #122 Taxable Bonds Series B | | | | | Buy | 10/23/13 | K | | |
| 75. -Penn Hills (PA) Sch. Dist. Bonds Series B | | | | | Buy | 10/25/13 | K | | |
| 76. -Akron (OH) CTFS Partn. RFDG Baseball Stadium Proj. Taxable Bonds | | | | | Buy | 11/15/13 | K | | |
| 77. -Montgomery County (PA) Taxable Series C Bonds | | | | | Buy | 12/03/13 | K | | |
| 78. -Pershing Prime Reserves Money Market Fund | | | | | Buy | 09/10/13 | P1 | | |
| 79. | | | | | Redeemed (part) | 09/23/13 | K | A | |
| 80. | | | | | Redeemed (part) | 09/27/13 | K | A | |
| 81. | | | | | Redeemed (part) | 09/30/13 | K | A | |
| 82. | | | | | Redeemed (part) | 10/01/13 | N | A | |
| 83. | | | | | Redeemed (part) | 10/02/13 | K | A | |
| 84. | | | | | Redeemed (part) | 10/18/13 | K | A | |
| 85. | | | | | Redeemed (part) | 10/21/13 | N | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/23/13 | M | | |
| 87. | | | | | Redeemed (part) | 10/28/13 | K | A | |
| 88. | | | | | Redeemed (part) | 10/30/13 | K | A | |
| 89. | | | | | Buy (add'l) | 11/15/13 | K | | |
| 90. | | | | | Buy (add'l) | 11/19/13 | K | | |
| 91. | | | | | Redeemed (part) | 11/22/13 | N | A | |
| 92. | | | | | Redeemed (part) | 11/27/13 | K | A | |
| 93. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 94. | | | | | Redeemed (part) | 12/06/13 | J | A | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornak, Mark R. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Line 1. --I resigned from this position in November, 2013.

Part II, Line 1--This Agreement relates to my retirement from the practice of law at my prior law firm. All payments due to me pursuant to this Agreement were made in 2012, but the Agreement remains in force as to the balance of its terms which arguably include reference to a balance remaining in one Retirement Plan, so it is listed.

Part II, Line 2- -This is the date of my first participation in such plans while engaged in the practice of law. They are reported in Part VII, Lines 15-17 inclusive. The entire balance in the Pension Plan was rolled into IRA #1 in 2013, and therefore will not be referenced in future reports. The remaining balance in the Profit Sharing Plan is in the 401k component of that Plan only. See note below regarding Part VII, Line 16..

Part II, Line 3--The entire balance in this retirement plan was rolled into IRA #1 in 2013, and this Agreement will therefore not be referenced in future reports.

Part VII, Line 2- -This is a non-interest bearing account

Part VII--Lines 15 and 17 in whole, and Line 16 in part. The amounts shown were rolled into Rollover IRA #1 as of the dates shown. The Plan listed on Line 16 remains open, as it was rolled over in part. It is a 401(k) Plan. The amounts shown on Lines 15 and 17 were rolled over in their entirety.

Part VII, Line 16- -These retirement funds are administered and managed by third-parties. I retain no control over the investments in them. All assets in, and contributions to, them relate solely to services performed prior to entering judicial service.

Part VII, Line 18- -Estate #1 is that of a deceased family member, and has no assets, other than its status as the plaintiff/claimant in civil/claims proceedings related to the decedent's death. The amounts listed as distributions represent payments received by the beneficiary of the Estate, a family member other than me and not a spouse or dependent child, in settlement of certain of those claims.

Part VII, Line 21- -This insurance policy was provided as part of a group insurance program while I was in the private practice of law. Upon my retirement and withdrawal from the law firm in November 2011, I became responsible for this policy, and began paying the premiums directly as of May 1, 2012, the date the first post-employment premium payment was due. It had no cash surrender value at any point. It had imputed interest crediting in 2013 in the amount category set forth at line 21, column B(1), but this did not reduce the premium amount or create any cash surrender value. There was no funding for investment purposes by the payment of additional premium and this policy did not involve any underlying asset or investment account. All premium amounts paid were for insurance only. This policy was permitted to lapse (expire) by non-payment of the annual premium due in July, 2013, and it will not be reported in subsequent reports. There was no gain from that policy or that expiration.

Part VII, Line 22--This insurance policy was purchased new by me as of the date shown in 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mark R. Hornak**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544